UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT M. MARTINEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 5:22-cv-01715-SSS-JEMx<br><br>District Judge: Sunshine Suzanne Sykes<br><br>**JUDGMENT PURSUANT TO RULE 68 OFFER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff HERBERT M. MARTINEZ ("Plaintiff") accepted Defendant FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on April 5, 2023.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $142,500 pursuant to the terms of the Rule 68 Offer.

    **IT IS SO ORDERED.**

Date: October 18, 2023

                                                Irene Vazquez, Deputy Clerk